## CASE ANNOUNCEMENTS

*December 13, 2007*

[Cite as *12/13/2007 Case Announcements,* 2007-Ohio-6619.]

# DISCIPLINARY CASES

**2007–0343. Disciplinary Counsel v. Morgan.**
It is ordered by this court, sua sponte, that Ronald Clark Morgan, Attorney Registration No. 0032870, last known business address in Cincinnati, Ohio, is found in contempt for failure to comply with this court's order of November 8, 2007, to wit: failure to file a complete affidavit of compliance on or before November 28, 2007.